IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ANDREW WILLIAM      :   Case Nos. 1:25-cv-02077-JKM
MULKERIN Chapter 13 Debtor,     :        1:25-cv-02106-KJM
            Appellant          :
                           :   Judge Julia K. Munley
         v.                  :
                           :
LEROY A. KING, JR.            :
            Appellee          :
                           :

## ORDER

Upon consideration of Appellee, Leroy A. King, Jr.'s Motion to Dismiss, any response thereto, and the record, and for good cause shown, it is hereby ORDERED as follows:

1.      The Motion is GRANTED.

2.      The appeal taken by Andrew William Mulkerin from the Bankruptcy Court's October 22, 2025 Order overruling the Debtor's objection to Claim No. 3-1 [Doc. 289] is DISMISSED as moot. The Bankruptcy Court entered an Order on January 7, 2026 dismissing Appellant's Bankruptcy for failure to tax returns pursuant to 11 U.S.C. § 521.

3.      All pending motions or applications filed by the Appellant in this appeal are DENIED AS MOOT.

4.      The Clerk is directed to CLOSE this appeal.


                                        BY THE COURT:


                                        _____
                                        JUDGE JULIA K. MUNLEY
                                        United States District Court