IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANDREW WILLIAM MULKERIN Chapter 13 Debtor,<br>Appellant<br><br>v.<br><br>LEROY A. KING, JR.<br>Appellee | : Case Nos. 1:25-cv-02077-JKM<br>:         1:25-cv-02106-KJM<br>:<br>: Judge Julia K. Munley<br>:<br>:<br>:<br>:<br>:<br>: |

Certificate of Service

I, Jacob Laughman, paralegal with the law firm of Cunningham, Chernicoff & Warshawsky, P.C. hereby certify that on February 11, 2026, a true and correct copy of the attached **APPELLEE, LEROY A. KING, JR.'S MOTION TO DISMISS APPEAL** was served via electronic means through the Court's ECF filing system or by first-class mail, postage prepaid, unless otherwise noted, as follows:

Joseph P. Schalk
DOJ-Ust
Office of the United States Trustee
1501 N. 6th Street
Box 302
Harrisburg, PA 17102

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Douglas R. Roeder
Chapter 13 Trustee
8125 Adams Drive
Suite A
Hummelstown, PA 17025

Andrew William Mulkerin
1740 Adeline Drive
Mechanicsburg, PA 17050

/s/ Jacob Laughman
Jacob Laughman